BERNICE KACINSKI, Plaintiff-Appellant, *v.* WILLIAM GILES, Defendant-Appellee.

(No. 57398; )

First District (3rd Division)—February 22, 1973.

PER CURIAM.

Robert H. Hirsch, of Chicago, for appellant.

Orner & Wasserman, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALBERT WHITE, Defendant-Appellant.

(No. 57456; )

First District (3rd Division)—February 22, 1973.